UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00055-MOC-DLH

| | | |
|---|---|---|
| **TIFFANY D. BUNTING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Commissioner's Consent Motion for Remand to the Commissioner (#13). Having considered such motion, which indicates that Plaintiff concurs, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Commissioner's Consent Motion for Remand (#13) is **GRANTED**, Plaintiff's Motion for Summary Judgment (#11) is **DENIED without prejudice**, and this matter is hereby **REMANDED** for further administrative proceedings consistent with the Commissioner's Motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: August 11, 2016



Max O. Cogburn Jr.
United States District Judge

-1-